AUSA Stephen Chahn Lee (312) 353-4127

**FILED**
AUG 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

## AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 665 |
| vs. | ) | No. |
| | ) | Hon. Geraldine Soat Brown |
| VARDHARAJ BANDARI | ) | |

The undersigned Affiant personally appeared before the Honorable Geraldine Soat Brown, a United States Magistrate Judge, and being duly sworn on oath, states: That at Pensacola, in the Northern District of Florida, one, Vardharaj Bandari, was charged with the offenses of conspiring to commit visa fraud and conspiring to induce an alien to reside in the United States, in violation of Title 18, United States Code, Section 1546(a) and 371 and Title 8 United States Code, Section 1324, (see Ex. A, Criminal Complaint) and that on the basis of Affiant's investigation and information received concerning the case through official channels, Affiant does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. See Ex. B, Warrant of Arrest.

Wherefore, Affiant prays that the defendant be dealt with according to law.

NICHOLAS KINNEY
Special Agent
Immigration and Customs Enforcement

Subscribed and Sworn to before me this
20th day of August, 2008.

GERALDINE SOAT BROWN
United States Magistrate Judge

STEPHEN CHAHN LEE
Assistant United States Attorney

AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.



VARDHARAJ BANDARI

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:08mj274

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about October 15, 2004, through August 20, 2008, in the Northern District of Florida and elsewhere, all named defendants did conspire to commit visa fraud, in violation of Title 18, United States Code, Section(s) 371 and 1546(a) and defendants ▮▮▮▮▮▮▮ and Vardharaj Bandari did conspire to unlawfully induce an alien to reside in the United States in violation of law for the purpose of private financial gain, in violation of Title 8, United States Code, Section 1324.

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By ＿＿＿＿＿＿＿＿＿
Deputy Clerk

FILED August 19, 2008
(Date)

NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE

Exhibit A

I further state that I am a Special Agent with the U.S. Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT - ATTACHMENT C

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
George P. Doyle, SA - USDHS, ICE

Sworn to before me and subscribed in my presence,

at

8-19 , 2008    Pensacola, Florida

_____
ELIZABETH M. TIMOTHY
U.S. Magistrate Judge

The affidavit in support of this complaint is sealed pending further order of this Court, except a copy of the affidavit may be provided to the named defendant (redacted, if necessary).

_____
Signature of Judicial Officer
ELIZABETH M. TIMOTHY
U.S. Magistrate Judge

**United States District Court**
*Northern District of Florida*

UNITED STATES OF AMERICA

v.

VARDHARAJ BANDARI

WARRANT FOR ARREST

CASE NUMBER: 3:08mj274

TO: The United States Marshall
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **VARDHARAJ BANDARI** and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with conspiracy to commit visa fraud, in violation of Title 18, United States Code, Section(s) 371 and 1546(a), and inducing an alien to remain in the United States, in violation of Title 8, United States Code, Section 1324.

ELIZABETH M. TIMOTHY
Name of Issuing Officer

*[signature] Elizabeth M. Timothy*
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

8-19, 2008   Pensacola, FL
Date and Location

Bail Fixed at $ _None by (to be addressed at initial appearance)_ by: E. Timothy
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Receive | Name and Title of Arresting | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

Exhibit B