# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 665 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Vardharaj Bandari | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Vardharaj Bandari appears in response to arrest on 08/20/08.  Defendant informed of his rights. Enter order appointing Rosalie J. Lindsay from the Federal Defender Program as counsel for defendant for initial appearance and removal proceedings only. Defendant waives identity hearing. Government moves for removal in custody. Detention hearing set for 08/21/08 at 4:00 p.m. Status on preliminary examination hearing set for 08/21/08 at 4:00 p.m. Defendant shall remain in custody pending the detention hearing. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]                              Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|