# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
AUG 20 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

In the Matter of

USA v. Bandari

Case

08 CR 665

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Vardharaj Bandari

FILED
AUG 20 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| SIGNATURE | s/ [signature] ROSALIE J. LINDSAY |
| FIRM | FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS | 55 E MONROE ST, STE 2800 |
| CITY/STATE/ZIP | CHICAGO IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6280480 |
| TELEPHONE NUMBER | 312.621.8342 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL [ ] APPOINTED COUNSEL [X] |