## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 665 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Vardharaj Bandari | | |

**DOCKET ENTRY TEXT**

Telephone status hearing held. Keri A. Ambrosio is given leave to file an appearance on behalf of the defendant. At the defendant's request, detention hearing and status on preliminary examination hearing previously set for 08/21/08 is stricken and reset to 08/26/08 at 10:30 a.m. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|