## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 665 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Vardharaj Bandari | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 08/28/08 at 2:30 p.m. Keri A. Ambrosio is given leave to withdraw as counsel for the defendant. Paul M. Brayman is given leave to file an appearance on behalf of the defendant. Status on preliminary examination hearing held. Preliminary examination hearing set for 08/28/08 at 2:30 p.m. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.

00:30          00:25 det          00:05 ptc

| | Courtroom Deputy Initials: | NTF |
|---|---|---|