## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 665 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Vardharaj Bandari | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 08/29/08 at 1:00 p.m. Government's oral motion for pretrial detention is denied. Order defendant released after security is posted. Preliminary examination hearing held. The Court finds probable cause and orders defendant bound to the District Court for further proceedings. Order defendant removed to the Northern District of Florida. This order is stayed until 1:00 pm on 08/29/08.

Docketing to mail notices.

01:15          00:45 det          00:30 prelimn

| | Courtroom Deputy Initials: | NTF |
|---|---|---|