## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 665 | **DATE** | 8/29/2008 |
| **CASE TITLE** | USA vs. Vardharaj Bandari | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The District Judge in the charging district has entered an order staying this Court's 08/28/08 order of release and is directing the United States Marshals' Service to promptly remove the defendant from the Northern District of Illinois and transport him to the Northern District of Florida for arrival no later than Monday 09/08/08. Order defendant removed in custody to the Northern District of Florida. Defendant does not object to the AUSA in Illinois submitting the defendant's pretrial report to the AUSA in Florida.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | NTF |
|---|---|---|